**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 21, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00580-CV

---

## IN RE CRAIG ALBIN ANDERSON AND GAYLE JUNE ANDERSON,
### Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 343,142-401**

---

## MEMORANDUM OPINION

On July 17, 2014, relators Craig Albin Anderson and Gayle June Anderson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Rory R. Olsen, presiding judge of Probate Court No. 3 of Harris County, to set aside his June 19, 2014 order denying their motion to disqualify real party in interest's attorneys.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.